UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANALYTICAL SURVEYS, INC.,

                Plaintiff,

-V-

TONGA PARTNERS, L.P., CANNELL CAPITAL
LLC., and CARLO CANNELL,

                Defendants.
-----------------------------------------------------------X

06 CIVIL 2692 (KMW)

JUDGMENT

Whereas, the an amended judgment having been entered in this case on January 27, 2009, and the form of the amended judgment does not fully reflect the Opinion because it directs the entry of judgment against Tonga only and not the other defendants, the Court then, on May 28, 2009, having entered its Stipulated Order governing security for judgment for entry of second amended complaint, directing the Clerk to enter a second amended judgment in favor of plaintiff against defendants Tonga, Cannell Capital, and Mr Cannell, finding them, jointly and severally liable to plaintiff for their respective pecuniary interests in Tonga's short-swing profits, equal to $4,965,898.95, $553,896.37, and $553,342.47, respectively, plus post-judgment interest; provided that plaintiff's aggregate recovery in this action from the defendants shall not exceed $4,965,898.95, plus post-judgment interest and costs, it is,

**ORDERED, ADJUDGED AND DECREED**, that for the reasons stated in the Court's Stipulation and Order governing security for judgment and providing for entry of a Second Amended Judgment, the amended judgment is hereby amended to include all three defendants, finding them jointly and severally liable to plaintiff for their respective pecuniary interests in Tonga's short-swing profits, equal to $4,965,898.95, $553,896.37, and $553,342.47, respectfully, plus post-judgment interest, provided, however, that plaintiff's aggregate recovery in this action from the defendants shall not exceed $4,965,898.95, plus post-judgment interest and any costs that may be awarded to plaintiff in connection with this action.

DATED: NEW YORK, NY

      June 10, 2009

                                          J. Michael McMahon

                                                        Clerk

                                          By: _____
                                                       Deputy Clerk
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/09

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____